COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jason HOLMES, Respondent.

Supreme Court of Pennsylvania.

April 8, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this **8th** day of April, 2010, the Petition for Allowance of Appeal is **GRANTED** as to the following issue:

Whether the Superior Court erred in reversing the Defendant's judgment of sentence, based on a misapplication of the relevant precedent permitting stops of motor vehicles for an alleged violation of 75 Pa.C.S. § 4524(c) (windshield obstructions and wipers)?